No. 71–1546. STAPLETON ET AL. *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied. MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition.

No. 71–6895. GRADSKY *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition.

No. 71–1596. PENNSYLVANIA ET AL. *v.* UNITED STATES ET AL. C. A. 3d Cir. Certiorari denied. MR. JUSTICE BLACKMUN took no part in the consideration or decision of this petition.

No. 71–1604. PORT OF HOUSTON AUTHORITY OF HARRIS COUNTY, TEXAS *v.* INTERNATIONAL ORGANIZATION OF MASTERS, MATES & PILOTS, AFL–CIO, ET AL. C. A. 5th Cir. Motion of Republic of Liberia for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 71–1617. SCHMITZ *v.* SOCIETE INTERNATIONALE POUR PARTICIPATIONS INDUSTRIELLES ET COMMERCIALES, S. A. C. A. D. C. Cir. Certiorari denied. MR. JUSTICE WHITE took no part in the consideration or decision of this petition.

No. 71–1635. KEISTER *v.* FROEHLKE, SECRETARY OF THE ARMY, ET AL. C. A. 3d Cir. Motion to dispense with printing petition granted. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 71–1638. NELSON ET AL. *v.* DUNCAN; and
No. 72–5128. DUNCAN *v.* NELSON ET AL. C. A. 7th Cir. Motion of respondent in No. 71–1638 for leave to proceed *in forma pauperis* granted. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.